UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No. 1:04cr232 |
| ) | |
| v. ) | Honorable Gordon J. Quist |
| ) | |
| MICHAEL RAYMOND SCHULZ, ) | |
| ) | **ORDER** |
| Defendant. ) | |
| _____) | |

Defendant appeared before me with appointed counsel on July 5, 2006 for a preliminary hearing on the petition for warrant or summons for offender under supervision, FED. R. CRIM. P. 32.1(a)(1). Defendant waived a preliminary examination but was heard on the issue of detention. I find that defendant has not sustained the burden of demonstrating by clear and convincing evidence an eligibility for bond, and defendant is remanded to the custody of the Attorney General pending a final revocation hearing. Accordingly:

**IT IS ORDERED** that defendant be and hereby is bound over for further proceedings before the district judge on the petition for warrant or summons for offender under supervision.

**IT IS FURTHER ORDERED** that defendant is committed to the custody of the Attorney General until further order of the court.

Date: July 6, 2006      /s/ Ellen S. Carmody
                         ELLEN S. CARMODY
                         United States Magistrate Judge